# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Mark Ballotti
                        Plaintiff,

v.                                                   Case No.: 3:22−cv−50408
                                                           Honorable Iain D. Johnston

Beiersdorf, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 27, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The parties' joint second motion to extend deadline to answer complaint [13] is granted. Defendant now has until 06/05/23 to answer or otherwise respond to Plaintiff's complaint. Mailed notice. (jxk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.