**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Mark Ballotti, individually and on behalf of all others similarly situated, | 3:22-cv-50408 |
| Plaintiff, | Hon. Iain D. Johnston |
| - against - | |
| Beiersdorf, Inc., | |
| Defendant | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Each side shall bear its own attorneys' fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 19, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com