# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Mark Ballotti
        Plaintiff,

v.               Case No.: 3:22−cv−50408
               Honorable Iain D. Johnston

Beiersdorf, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 19, 2023:

  MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. 15. The defendant has not yet answered or moved for summary judgment. Accordingly, this case is dismissed. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.